1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EDWARD DON BROWN,                           No.  2:25-cv-02864 SCR P

12                  Plaintiff,

13         v.                                     ORDER

14    YOUNG,

15                  Defendant.

16

17         Plaintiff is incarcerated in state prison and proceeding pro se with a civil rights action

18    under 42 U.S.C. § 1983.  Plaintiff has notified the court that he did not intend to open a new case

19    and is proceeding against defendant Young in another action, Brown v. Allison, et al., Case No.

20    2:22-cv-1571 DAD AC (E.D. Cal.).  (ECF No. 6.)  Indeed, the complaint in this action bears that

21    case number, 2:22-cv-1571, and is marked "first amended complaint."  (ECF No. 1 at 1.)  It

22    appears that plaintiff intended to file an amended complaint in Brown v. Allison, et al., but it was

23    erroneously opened as a new action.  Therefore, the undersigned will direct the Clerk of the Court

24    to docket plaintiff's complaint in that earlier action and close this case.

25    /////

26    /////

27    /////

28    /////

                                            1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall:

1.     Docket plaintiff's complaint in this action (ECF No. 1) as a "motion to amend the complaint" in <u>Brown v. Allison, et al.</u>, Case No. 2:22-cv-01571 DAD AC (E.D. Cal.); and

2.     Close this case.

DATED: November 10, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE